IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA MICHELLE DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:04CV275-C |
| | ) | (WO) |
| WESTPOINT STEVENS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is the defendant's motion to stay, or in the alternative,

motion to continue (doc. # 34) and amended motion to stay, or in the alternative, to continue

(doc. # 39) pending the hearing set in the United States Bankruptcy Court for the Southern

District of New York.  The bankruptcy hearing, which was initially set for September 13,

2005, will impact the resolution of this matter.  However, the bankruptcy hearing has now

been continued until October 12, 2005.  This case is presently set for a pretrial conference

on September 20, 2005 and trial on October 31, 2005.  In addition, the plaintiff does not

oppose the stay or continuance pending resolution of the bankruptcy hearing.  Consequently,

in the interest of judicial economy, the court concludes that the motion to stay, or in the

alternative, motion to continue should be granted pending the bankruptcy hearing.

Accordingly, for good cause, it is

ORDERED as follows:

1.      That the defendant's motion to stay, or in the alternative, motion to continue

(doc. # 34) and amended motion to stay, or in the alternative, to continue (doc. # 39)  be and

are hereby GRANTED.

  2. That the pretrial conference presently set for September 20, 2005 and the trial presently set for October 31, 2005, be and are hereby CONTINUED generally.

  3. That this matter be and is hereby SET for a status and scheduling conference on October 31, 2005, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

  Done this 19 day of September, 2005.


       /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE