IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANGELA MICHELLE DAVIDSON, )<br>  )<br>     Plaintiff, )<br>  )<br>v. )<br>  )<br>WESTPOINT STEVENS, INC., )<br>  )<br>     Defendant. ) | CIVIL ACTION NO.  3:04cv275-C<br>                (WO) |

**ORDER**

Now pending before the court is the parties' joint motion to continue the status/pretrial conference (doc. # 43) filed on November 7, 2005.  This matter is set for a scheduling conference on November 16, 2005.  However, a hearing set in the United States Bankruptcy Court for the Southern District of New York, which was set for November 9, 2005, will impact the resolution of this matter.  The bankruptcy hearing has now been continued until December 6, 2005.  Consequently, in the interest of judicial economy, the court concludes that the motion to continue should be granted pending the bankruptcy hearing.   Accordingly, it is

ORDERED that the motion to continue (doc. # 43) be and is hereby GRANTED and the scheduling conference presently set for November 16, 2005, be and hereby RESET for a telephone status and scheduling conference on January 31, 2006 at 10:30 a.m..  The plaintiff shall set up the telephone conference call.

Done this 14th day of November, 2005.

           /s/Charles S. Coody
         CHARLES S. COODY
         CHIEF UNITED STATES MAGISTRATE JUDGE